FILED

FEB 18 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE KELLY H. WILSON, | No. C 14-00026 EJD (PR) |
|---|---|
| Plaintiff. | ORDER OF DISMISSAL |

On January 3, 2014, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he had not file an In Forma Pauperis ("IFP") application or a proper complaint and they needed to be filed within thirty days or else the case would be dismissed. (Docket Nos. 2 & 3.) The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

DATED: 2/18/14

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
00026Wilson_dism-ifp&compl.wpd

1

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

IN RE KELLY WILSON,

    Plaintiff.

Case Number: CV14-00026 EJD

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  2/18/14 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kelly H. Wilson K-15977
Califoria State Prison-Soledad
P.O. Box 705
Soledad, CA 93960-0686

Dated:  2/18/14

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk