IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KELLY H. WILSON, )<br>)<br>Plaintiff. )<br>)<br>)<br>)<br>)<br>_____ ) | No. C 14-00026 EJD (PR)<br><br>ORDER DENYING<br>RECONSIDERATION OF<br>DISMISSAL<br><br>(Docket No. 6) |

    This action was opened on January 3, 2014, upon the receipt of a letter by Plaintiff to Judge Henderson, which the Court construed as an attempt to file an action complaining of prison conditions. On January 3, 2014, Plaintiff was notified that he must file a proper complaint using the court form in order to proceed with this action, as well as a notice regarding the payment of fees. (See Docket Nos. 2 & 3.) Because Plaintiff failed to respond in the time provided, the Court dismissed the instant civil rights action without prejudice on February 18, 2014, for Plaintiff's failure to pay the filing fee or file a complaint, and a judgment of dismissal without prejudice was entered. (See Docket No. 4 & 5.)

    On February 26, Plaintiff filed an "objection to order to dismiss," stating that he filed a complaint on February 9, 2014, and an In Forma Pauperis Application. (Docket No. 6.) The Court notes that the complaint was opened as Case No. 14-01032 EJD (PR), and is currently pending. Accordingly, Plaintiff's objection, which the Court construes as

Order Denying Reconsideration
00026Wilson_recon.wpd

1

1 | a motion for reconsideration, is DENIED as moot.
2 |     Plaintiff shall file all future motions into the pending case file, Case No. 14-01032
3 | EJD (PR).
4 |
5 | DATED: 3/21/2014
6 |                                      EDWARD J. DAVILA
                                     United States District Judge

Order Denying Reconsideration
00026Wilson_recon.wpd                                2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE KELLY WILSON,

      Plaintiff.

Case Number: CV14-00026 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   3/24/2014  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kelly H. Wilson K-15977
Califoria State Prison-Soledad
P.O. Box 705
Soledad, CA 93960-0686

Dated:   3/24/2014

                Richard W. Wieking, Clerk
      /s/ By: Elizabeth Garcia, Deputy Clerk